# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Samuel Lamont Barnette *also known as Mont Barnette also know as Lamont Barnette*, *Plaintiff* v. <br><br> Barry Faile *Sheriff of Lancaster County in his individual capacity*; Jason Broughton *Lancaster County Jail c/o Shift Supervisor in his individual capacity*; William J. Nowicki, Esq. *Attorney (Lawyer) in his individual capacity*. *Defendants* | ) ) ) ) ) ) Civil Action No. 0:19-cv-01416-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Samuel Lamont Barnette *also known as Mont Barnette also know as Lamont Barnette*, shall take nothing of the defendants, Barry Faile *Sheriff of Lancaster County in his individual capacity*, Jason Broughton *Lancaster County Jail c/o Shift Supervisor in his individual capacity* and William J. Nowicki, Esq. *Attorney (Lawyer) in his individual capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: July 9, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*